**[J-127-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SALADWORKS, LLC AND WESCO INSURANCE COMPANY | : | No. 52 MAP 2016 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 1789 CD |
| v. | : | 2014 dated 10/6/15, reconsideration |
| | : | denied 11/23/15, reversing the decision of |
| | : | the Workers' Compensation Appeal Board |
| WORKERS' COMPENSATION APPEAL | : | at No. A12-0597 dated 9/10/14 |
| BOARD (GAUDIOSO AND UNINSURED | : | |
| EMPLOYERS GUARANTY FUND) | : | |
| | : | |
| APPEAL OF:  UNINSURED EMPLOYERS | : | |
| GUARANTY FUND | : | |

**ORDER**

**PER CURIAM**                                   **DECIDED:  December 16, 2016**

The appeal is DISMISSED as having been improvidently granted.